FILED
2011 Sep-02 PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| CARL CARMIL, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. |
|  | ) 4:11-cv-2667-PWG |
| ERIC HOLDER, Attorney General, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by Carl Carmil (the "petitioner"), who claims that he is being illegally detained by the respondents pending his removal from the country and that he is due to be released from custody. (Doc. 1). The respondents have filed a motion to dismiss this matter as being moot. (Doc. 7). Upon consideration, the court finds that the respondents' motion is due to be granted and that the petition is due to be dismissed as moot.

In support of their motion to dismiss, the respondents have filed a copy of an unsworn declaration made pursuant to 28 U.S.C. § 1746 by the Assistant Field Office Director of the U.S. Immigration and Customs Enforcement facility in Gadsden, Alabama. (Doc. 7-1). In that declaration the Assistant Field Office Director asserts that the petitioner was deported to Haiti on August 9, 2011 pursuant to the Immigration Judge's order of removal. (Id.). Thus, the petitioner's claim for release under an order of supervision or for repatriation is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, this matter is due to be dismissed as moot. A separate order will be entered.

Done this 2nd day of September 2011.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458